NO. 07-10-0522-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 14, 2012

_____

J. P. RATIGAN, INC.,

Appellant

v.

MANUEL ZUBIA, ET AL.,

Appellees

_____

FROM THE 286TH DISTRICT COURT OF HOCKLEY COUNTY;

NO. 05-07-20077; HONORABLE PAT PHELAN, PRESIDING

_____

*On Motion to Dismiss*

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant J.P. Ratigan, Inc. has filed a motion to dismiss his appeal, signed by appellant's attorney, because appellant and appellees have entered into a written settlement agreement whereby appellees agreed to accept the sums set forth in the agreement as full and final satisfaction of the judgment entered against appellant. Without passing on the merits of the case, we grant the motion to dismiss with prejudice pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam